Opinion issued March 29, 2007

 










In The

Court of Appeals

For The

First District of Texas

_____________


NOS. 01-07-00214-CR

 01-07-00215-CR

 01-07-00216-CR

 01-07-00217-CR

 ______________



CEDRICK TREMAIN JACKSON, Appellant


V.


THE STATE OF TEXAS, Appellee







On Appeal from the 182nd District Court 

Harris County, Texas

Trial Court Cause Nos. 1071408, 1071407, 1071405, and 1071406






MEMORANDUM OPINION

 Appellant, Cedrick Tremain Jackson notified the trial court that he did not want
to pursue his appeals in the above-referenced cases. After receiving the notice, the
trial court appointed counsel Kurt Wentz, to represent appellant. 

 The trial court conducted then conducted a hearing on March 16, 2007, and the
supplemental record of that hearing has been filed in this Court. At the hearing,
Counsel Wentz advised the court that he had discussed the cases with appellant, and
appellant Jackson stated that he wished to withdraw his notices of appeal.

 Appellant has not filed a written motion to withdraw the appeals with the Clerk
of this Court. See Tex. R. App. P. 42.2(a). However, given appellant's expressed
desire to forego pursuit of his appeals, we conclude that good cause exists to suspend
the operation of Rule 42.2(a) in this case in accordance with Rule 2. See Tex. R. App.
P. 2. 

 We have not yet issued a decision. Accordingly, the appeals are dismissed. 

 The clerk of this Court is directed to issue the mandate. Tex. R. App. P. 18.1.

PER CURIAM

Panel consists of Justices Taft, Alcala, and Hanks.

Do not publish. Tex. R. App. P. 47.2(b).